**COMPLAINT EXHIBIT A**

*Bedford, Freeman & Worth Publ'g Group, LLC, et al. v. Does 1-30 d/b/a Acesmalls.com, et al.*

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School Publishers |
| Cengage | Bedford/St. Martin's |
| Cengage Learning | BFW |
| Course Technology | BFW High School Publishers |
| Delmar | Freeman |
| Gale | Macmillan Education |
| Heinle | Macmillan Learning |
| Milady | W.H. Freeman & Company |
| National Geographic Learning | Worth |
| South-Western Educational Publishing | Worth Publishers |
| Wadsworth | |
| **Elsevier** | |
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |
| **McGraw-Hill** | **Pearson** |
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| NTC/Contemporary | Pearson |
| Osborne | Pearson Education |
| Schaum's | Que Publishing |
| | Sams Publishing |