**COMPLAINT EXHIBIT B**

*Bedford, Freeman & Worth Publ'g Group, LLC, et al. v. Does 1-30 d/b/a Acesmalls.com, et al.*

| _ | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE |
|---|---|---|---|---|
| 1 | Cengage | Abnormal Child Psychology, 7th | TX0008559694 | ebookhunters.com |
| 2 | Cengage | Business Law: Texts and Cases, 13th | TX0007853365 | ebookair.com |
| 3 | Cengage | Cornerstones of Managerial Accounting, 5th | TX0007409234 | librastyles.com |
| 4 | Cengage | Mathematical Statistics with Applications, 7th edition | TX0006818719 | bookslite.com |
| 5 | Cengage | Personality, 10th | TX0008766727 | ebookbros.com |
| 6 | Cengage | Principles of Macroeconomics, 8th | TX0008385595 | duranbook.com<br>acetxt.com |
| 7 | Elsevier | Abeloff's Clinical Oncology, 5th | TX0006963339 | timplaza.com |
| 8 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | bookfreely.com |
| 9 | Elsevier | Learning Radiology, 3rd | TX0007504912 | greatbuysmarket.net |
| 10 | Elsevier | Robbins and Cotran Atlas of Pathology, 3rd | TX0007270040 | instant-reading.com |
| 11 | Elsevier | White and Pharoah's Oral Radiology: Principles and Interpretation, 8th edition | TX0008710100 | timplaza.com |
| 12 | Macmillan Learning | Abnormal Psychology, 9th | TX0008034610 | novebay.com |
| 13 | Macmillan Learning | Fundamentals of Abnormal Psychology, 8th | TX0008336543 | pantherebook.com |
| 14 | Macmillan Learning | Introduction to the Practice of Statistics, 9th | TX0008391409 | elibclass.com |
| 15 | Macmillan Learning | Lehninger Principles of Biochemistry, 6th | TX0007632681 | digittextbook.com |
| 16 | McGraw-Hill | A First Look at Communication Theory, 10th | TX0007923847 | acetxt.com |
| 17 | McGraw-Hill | Auditing and Assurance Services, 10th | TX0008496216 | bestbookz.myshopify.com |
| 18 | McGraw-Hill | Drugs, Society & Human Behavior, 16th | TX0008360596 | w3ebook.com |
| 19 | McGraw-Hill | Essentials of Contemporary Management, 7th | TX0008544280 | ebookmore.com |
| 20 | McGraw-Hill | Essentials of Corporate Finance, 9th | TX0008349025 | megatext4u.com |

| _ | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE |
|---|---|---|---|---|
| 21 | McGraw-Hill | Essentials of Negotiation, 6th | TX0006413160 | bookslite.com |
| 22 | McGraw-Hill | Macroeconomics, 21st | TX0008626939 | bookslite.com |
| 23 | McGraw-Hill | Marketing, 7th | TX0008534400 | aonsky.com |
| 24 | McGraw-Hill | Product Design and Development, 5th | TX0007373766 | lightstudent.com |
| 25 | McGraw-Hill | Strategic Management: Concepts, 3rd | TX0008354985 | ebookduck.com |
| 26 | McGraw-Hill | The Six Sigma Handbook, 4th | TX0007896395 | etextbooko.com |
| 27 | Pearson | Campbell Biology, 11th | TX0008472354 | ebooksec.com |
| 28 | Pearson | Campbell Biology: Concepts & Connections, 8th | TX0007883763 | bookslite.com |
| 29 | Pearson | Developing Management Skills, 9th | TX0008104703 | ebookour.com |
| 30 | Pearson | Foundations of Addictions Counseling, 3rd | TX0008088495 | elibcenter.com |
| 31 | Pearson | Horngren's Cost Accounting, 16th | TX0008469320 | gloomall.com |
| 32 | Pearson | Human Anatomy & Physiology, 2nd | TX0008592237 | collegesclass.com |
| 33 | Pearson | Introduction to Management Science, 11th | TX0007509751 | acesmalls.com |
| 34 | Pearson | Police Administration: Structures Processes and Behavior 9th | TX0008524064 | acetxt.com |
| 35 | Pearson | Understanding and Managing Diversity: Readings, Cases, and Exercises, 6th | TX0007936085 | etextworld.com |