UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRUNG KIEN NGUYEN, DUY ANH NGUYEN, DUONG THI BAY, XUAN CHINH NGUYEN, TUAN ANH NGUYEN, VINH NGOC NGUYEN, LE TRANG, VAN QUYNH PHAM, THI LIEN PHUONG NGUYEN, VAN TUAN DANG, HIEN VO VAN, QUANG NGUYEN, VU NGUYEN KHANG, GINGER BOTTORFF, SHERRY FLOYD, JESSICA GOLDBERG, MAXIM GUBCEAC, KELLI LANE, TRACEY LUM, RODNEY MOUZONE, ZAINEE JALLAL, BIN LI, PAN PAN CAO, MICHAEL MCEVILLEY, ION SOBOL, ANTHONY TORRESI, HASEEB ANJUM, WALESKA CAMACHO, ANJUM AKHTER, SUSAN RAGON, ALIFF SYUKRI HAMDAN, KIM HAI LONG, KHUYEN NGUYEN, ERIKA DEMETEROVA, ROSTISLAV ZHURAVSKIY, STEFAN DEMETER, SHAHBAZ HAIDER, VALENTINA RODRIGUEZ, and CHANTELLE MELENDEZ, <br><br> Defendants. | Civil Action No. 19-cv-10524-LAK |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs Bedford, Freeman & Worth

Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., McGraw

Hill LLC,[1] and Pearson Education, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move the Court for leave to amend the Complaint. A proposed First Amended Complaint is attached hereto as Exhibit 1. The proposed First Amended Complaint identifies the true names of Defendants named as "Does" in the original Complaint and supplements and clarifies certain factual allegations based on information that has been obtained in discovery thus far. Pursuant to the applicable legal standard for motions to amend, as discussed in the accompanying memorandum of law, good cause exists to amend the Complaint.

Dated: May 21, 2020

Respectfully submitted,

By: /s/ Matthew I. Fleischman

Matthew J. Oppenheim
Michele H. Murphy (*pro hac vice*)
Matthew I. Fleischman
Vivian E. Kim

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave, NW
Fifth Floor
Washington, D.C. 10016
(202) 480-2999
matt@oandzlaw.com
michele@oandzlaw.com
fleischman@oandzlaw.com
vivian@oandzlaw.com

*Attorneys for Plaintiffs*

---

[1] On January 1, 2020, McGraw Hill LLC became the successor in interest to McGraw-Hill Global Education Holdings, LLC.