**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|   | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 1 | Cengage | Abnormal Child Psychology, 7th | TX0008559694 | ebookhunters.com | Aliff Syukri Hamdan |
| 2 | Cengage | Business Law: Texts and Cases, 13th | TX0007853365 | ebookair.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 3 | Cengage | Cornerstones of Managerial Accounting, 5th | TX0007409234 | librastyles.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 4 | Cengage | Mathematical Statistics with Applications, 7th | TX0006818719 | bookslite.com | Ion Sobol |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|   | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 5 | Cengage | Personality, 10th | TX0008766727 | ebookbros.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Vinh Hgoc Nguyen<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 6 | Cengage | Principles of Macroeconomics, 8th | TX0008815007 | duranbook.com<br>acetxt.com | Haseeb Anjum<br>Waleska Camacho<br>Susan Ragon<br>Anjum Akhter<br>Bin Li<br>Pan Pan Cao |
| 7 | Elsevier | Abeloff's Clinical Oncology, 5th | TX0006963339 | timplaza.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|   | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 8 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | bookfreely.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 9 | Elsevier | Learning Radiology, 3rd | TX0007504912 | greatbuysmarket.net | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 10 | Elsevier | Robbins and Cotran Atlas of Pathology, 3rd | TX0007270040 | instant-reading.com | Erika Demeterova<br>Rostislav Zhuravskiy<br>Stefan Demeter<br>Shahbaz Haider |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|    | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|----|-----------|-------|---------------------|-----------------|------------|
| 11 | Elsevier | White and Pharaoh's Oral Radiology: Principles and Interpretation, 8th | TX0008710100 | timplaza.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 12 | Macmillan Learning | Abnormal Psychology, 9th | TX0008034610 | novebay.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 13 | Macmillan Learning | Fundamentals of Abnormal Psychology, 8th | TX0008336543 | pantherebook.com | Chantelle Melendez<br>Valentina Rodriguez |
| 14 | Macmillan Learning | Introduction to the Practice of Statistics, 9th | TX0008391409 | elibclass.com | Kim Hai Long<br>Khuyen Nguyen |
| 15 | Macmillan Learning | Lehninger Principles of Biochemistry, 6th | TX0007632681 | digittextbook.com<br>panthertextbooks.net<br>(formerly patherebook.com) | Anthony Torresi<br><br>Chantelle Melendez<br>Valentina Rodriguez |
| 16 | McGraw Hill | A First Look at Communication Theory, 10th | TX0007923847 | acetxt.com | Bin Li<br>Pan Pan Cao |
| 17 | McGraw Hill | Auditing and Assurance Services, 10th | TX0008496216 | bestbookz.myshopify.com | Michael McEvilley |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|    | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|----|-----------|-------|---------------------|-----------------|------------|
| 18 | McGraw Hill | Drugs, Society & Human Behavior, 16th | TX0008360596 | w3ebook.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 19 | McGraw Hill | Essentials of Contemporary Management, 7th | TX0008544280 | ebookmore.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 20 | McGraw Hill | Essentials of Corporate Finance, 9th | TX0008349025 | megatext4u.com | Erika Demeterova<br>Rostislav Zhuravskiy<br>Stefan Demeter<br>Shahbaz Haider |
| 21 | McGraw Hill | Essentials of Negotiation, 6th | TX0006413160 | bookslite.com | Ion Sobol |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|    | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|----|-----------|-------|---------------------|-----------------|------------|
| 22 | McGraw Hill | General Urology, 19th | TX0007636101 | ebookbots.com (formerly ebookair.com) | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 22 | McGraw Hill | Macroeconomics, 21st | TX0008626939 | bookslite.com | Ion Sobol |
| 23 | McGraw Hill | Marketing, 7th | TX0008778862 | aonksy.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

| | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 24 | McGraw Hill | Product Design and Development, 5th | TX0007373766 | lightstudent.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 25 | McGraw Hill | Strategic Management: Concepts, 3rd | TX0008354985 | ebookduck.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|    | PUBLISHER   | TITLE                                       | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|----|-------------|---------------------------------------------|---------------------|-----------------|------------|
| 26 | McGraw Hill | The Six Sigma Handbook, 4th                 | TX0007896395        | Etextbooko.com  | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 27 | Pearson     | Campbell Biology, 11th                      | TX0008472354        | ebooksec.com    | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 28 | Pearson     | Campbell Biology: Concepts & Connections, 8th | TX0007883763      | bookslite.com   | Ion Sobol  |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|  | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 29 | Pearson | Developing Management Skills, 9th | TX0008104703 | ebookour.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 30 | Pearson | Foundations of Addictions Counseling, 3rd | TX0008088495 | elibcenter.com | Kim Hai Long<br>Khuyen Nguyen |
| 31 | Pearson | Horngren's Cost Accounting, 16th | TX0008469320 | gloomall.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

| | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 32 | Pearson | Human Anatomy & Physiology, 2nd | TX0008592237 | collegesclass.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 33 | Pearson | Introduction to Managerial Science, 11th | TX0007509751 | acesmalls.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |
| 34 | Pearson | Police Administration: Structures Process and Behavior, 9th | TX0008524064 | acetxt.com | Bin Li<br>Pan Pan Cao |

**AMENDED COMPLAINT EXHIBIT C**
*Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, et al. v. Trung Kien Nguyen, et al.*

|  | PUBLISHER | TITLE | REGISTRATION NUMBER | INFRINGING SITE | DEFENDANTS |
|---|---|---|---|---|---|
| 35 | Pearson | Understanding and Managing Diversity: Readings, Cases, and Exercises, 6th | TX0007936085 | etextworld.com | Trung Kien Nguyen<br>Duy Anh Nguyen<br>Duong Thi Bay<br>Xuan Chinh Nguyen<br>Tuan Anh Nguyen<br>Le Trang<br>Vin Ngoc Nguyen<br>Van Quynh Pham<br>Thi Lien Phuong Nguyen<br>Van Tuan Dang<br>Zainee Jallal<br>Sherry Floyd<br>Jessica Goldberg<br>Tracey Lum<br>Maxim Gubceac<br>Ginger Bottorff<br>Kelli Lane<br>Rodney Mouzone<br>Hien Vo Van<br>Quang Nguyen<br>Vu Nguyen Khang |