UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-15-23

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRUNG KIEN NGUYEN, DUY ANH NGUYEN, DUONG THI BAY, XUAN CHINH NGUYEN, TUAN ANH NGUYEN, VINH NGOC NGUYEN, LE TRANG, VAN QUYNH PHAM, THI LIEN PHUONG NGUYEN, VAN TUAN DANG, HIEN VO VAN, QUANG NGUYEN, VU NGUYEN KHANG, GINGER BOTTORFF, SHERRY FLOYD, JESSICA GOLDBERG, MAXIM GUBCEAC, KELLI LANE, TRACEY LUM, RODNEY MOUZONE, ZAINEE JALLAL, BIN LI, PAN PAN CAO, MICHAEL MCEVILLEY, ION SOBOL, HASEEB ANJUM, WALESKA CAMACHO, ANJUM AKHTER, SUSAN RAGON, ALIFF SYUKRI HAMDAN, KIM HAI LONG, KHUYEN NGUYEN, ERIKA DEMETEROVA, ROSTISLAV ZHURAVSKIY, STEFAN DEMETER, SHAHBAZ HAIDER, VALENTINA RODRIGUEZ, CHANTELLE MELENDEZ, and DOE 28 d/b/a PANTHEREBOOK.COM,<br><br>Defendants. | Civil Action No. 19-cv-10524-LAK |

## [~~PROPOSED~~] ORDER

On October 14, 2021, the Court entered a Default Judgment, Permanent Injunction, and

Post-Judgment Relief Order ("Original Injunction") (ECF No. 124).

On March 15, 2022, upon Plaintiffs' motion, the Court entered an order amending Appendix B to the Default Judgment, Permanent Injunction, and Post-Judgment Relief Order ("Current Injunction") (ECF No. 140).

Upon Plaintiffs' Second Motion to Amend Appendix B to the Default judgment, Permanent Injunction, and Post-Judgment Relief Order ("Second Motion"), the supporting Memorandum of Law and declarations, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiffs' Second Motion is GRANTED;

IT IS FURTHER ORDERED that Appendix B to the Current Injunction is amended, as requested in Plaintiffs' Second Motion;

IT IS FURTHER ORDERED that the Second Amended Appendix B, which is attached hereto, replaces and supersedes Appendix B to the Current Injunction.

It is SO ORDERED on this 15th day of March, 2023.

_____
HON. LEWIS A. KAPLAN
United States District Judge